UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANTHONY BORROMEO,

                Plaintiff,

  -v-                                                                 6:05-CV-228

UNITED STATES OF AMERICA and
U.S. POSTAL SERVICE,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## **O R D E R**

      Defendants moved for dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) or for summary judgment pursuant to Rule 56. Plaintiff, pro se, did not file opposition papers, but he requested oral argument. However, plaintiff failed to appear at the scheduled oral argument. Accordingly, pursuant to the oral decision of the Court, entered into the record on September 8, 2006, in Utica, New York, it is hereby

      ORDERED that defendants' motion for summary judgment is GRANTED and the complaint is DISMISSED in its entirety.

      The Clerk of the Court is directed to enter judgment accordingly.

      IT IS SO ORDERED.

                                                                      United States District Judge

Dated: September 8, 2006
       Utica, New York.